UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Atlys Global, LLC, | Miscellaneous Court File No.: 22-34 |
| Petitioner, | |
| v. | **PETITIONER ATLYS GLOBAL, LLC'S MOTION TO COMPEL COMPLIANCE WITH THIRD-PARTY SUBPOENA OF KUTAK ROCK, LLP** |
| Kutak Rock, LLP, | |
| Respondent. | |
| | **[MISCELLAENOUS CASE INITIATING DOCUMENT]** |

TO: Respondent Kutak Rock LLP and its attorney Christopher P. Parrington, 60 South Sixth Street, Suite 3400, Minneapolis, Minnesota 55402.

**PLEASE TAKE NOTICE** that Petitioner Atlys Global, LLC moves the Court to compel compliance by Respondent Kutak Rock, LLP with a third-party served upon it by Petitioner on a date, time and location (or other means if via Zoom or other mode of video conferencing) to be determined before a District Court Judge or Magistrate Judge of the above Court following the opening of this Miscellaneous Action and the assignment of judicial officers to this Miscellaneous Action.

Petitioner's Motion to Compel Compliance with Third-Party Subpoena (*i.e.*, "Motion to Compel") is brought pursuant to Federal Rule of Civil Procedure 37(a), 45(d)(2)(B)(i), and 45(f) and D. Minn. LR 7.1(a) and (b) and 37.1. Petitioners' Motion to Compel is based upon all the files, records, and proceedings herein, and the following documents to be filed in accordance with D. Minn. LR 7.1(b):

1

(1) an Amended Motion to Compel containing the Miscellaneous Court File Number and other updated information once the matter is opened;

(2) a Notice of Hearing with regards to Petitioner's Motion to Compel;

(3) a Meet-And-Confer Statement as required by D. Minn. LR 7.1(a);

(4) a Memorandum of Law in Support of Petitioner's Motion to Compel;

(5) a Declaration of Sheldon D. Korlin with supporting Exhibits; and

(6) a proposed Order.

Dated:  June 8, 2022

*s/ Clifford S. Anderson*
Clifford S. Anderson
Bar Number 227201
Attorneys for Petitioner Atlys Global, LLC
**CLIFFLAW, PLLC**
400 South Fourth Street, Suite 401-500
Minneapolis, Minnesota 55415
Telephone: (952) 201-3722
Email:  cliff@clifflawpllc.com

Of Counsel:

**AEGIS LAW**
Sheldon D. Korlin*
Bar Number 32197 (Missouri)
Bar Number 6251780 (Illinois)
Attorneys for Petitioner Atlys Global, LLC
601 South Lindberg Boulevard
St. Louis, Missouri  63131
Telephone:  (314) 454-9100
Fax:  (314) 454-9110
Email: skorlin@aegislaw.com

*\*Pro Hac Vice Motion to be filed immediately following case opening and the assignment of a Miscellaneous Court File Number by the Clerk of Court.*