## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
CIVIL MOTION HEARING

| | |
|---|---|
| Atlys Global, LLC, | **COURT MINUTES** |
| Petitioner, | BEFORE: Tony N. Leung |
| | U.S. Magistrate Judge |
| v. | Case No: 22-mc-34 (PJS/TNL) |
| | Date: August 11, 2022 |
| | Court Reporter: Renee Rogge |
| Kutak Rock LLP, | Courthouse: Minneapolis |
| | Courtroom: Zoom |
| Respondent. | Time Commenced: 10:03 a.m. |
| | Time Concluded: 11:07 a.m. |
| | Sealed Hearing Time: N/A |
| | Time in Court: 1 hour and 4 minutes |

### HEARING ON:

A hearing was held regarding Petitioner Atlys Global, LLC's Second Amended Motion to Compel Respondent Kutak Rock, LLP's Compliance With Its Third-Party Subpoena, ECF No. 20.

### APPEARANCES:

Petitioner:   Sheldon Korlin, Aegis Law, and Clifford S. Anderson, CliffLaw, PLLC

Respondent:   Christopher P. Parrington, Kutak Rock LLP

### REMARKS:

For the reasons stated on the record, which are expressly incorporated herein by reference:

Petitioner Atlys Global, LLC's Second Amended Motion to Compel Respondent Kutak Rock, LLP's Compliance With Its Third-Party Subpoena, ECF No. 20, was **DENIED**.

☐ORDER TO BE ISSUED ☒NO ORDER TO BE ISSUED   ☐R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

*s/Kelly*
Law Clerk to Magistrate Judge Leung